**Order entered February 12, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01299-CV

## IN THE INTEREST OF J.C., ET AL

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-76-08723-V**

## ORDER

Before the Court is appellant John Crear, Sr.'s February 10, 2015, motion for extension of time to file appellant brief. In his motion, Mr. Crear requests an extension of sixty days to allow him to obtain legal counsel and file his brief. On January 14, 2015, we granted a motion for Mr. Crear's counsel to withdraw from this case and we ordered Mr. Crear to file his brief within thirty days. We **GRANT** the motion and **ORDER** appellant John Crear, Sr. to notify this Court in writing of his retained counsel no later than March 16, 2015. If we have not been notified of Mr. Crear's retained counsel by March 16, 2015, we **ORDER** Mr. Crear file his brief no later than March 31, 2015.

/s/    CRAIG STODDART
        JUSTICE